UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-x

VASHAWN VALENTINE,
          Plaintiff,

v.

POLICE OFFICER NICHOLAS ZUZULO,
          Defendant.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-x

**ORDER**

19 CV 2526 (VB)

    On February 4, 2021, plaintiff filed a third amended complaint. (Doc. #41).

    Defendant is hereby ORDERED to answer, move, or otherwise respond to the third amended complaint by February 26, 2021.

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: February 5, 2021
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge