UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
  VASHAWN VALENTINE           :
                Plaintiff,     :
                         :
v.                            :
                         :
  POLICE OFFICER NICHOLAS ZUZULO,  :
              Defendant.    :
                         :
-----------------------------------------------------------x

**ORDER**

19 CV 2526 (VB)

       On March 19, 2021, defendant filed a motion to dismiss the third amended complaint. (Doc. #45).

       Pursuant to Local Civil Rule 6.1(b), "any opposing affidavits and answering [memoranda of law] shall be served within fourteen days after service of the moving papers." Accordingly, plaintiff's opposition to defendant's motion to dismiss the third amended complaint was due April 2, 2021.

       To date, plaintiff has not filed an opposition to defendant's motion.

       Accordingly, the Court sua sponte extends plaintiff's time to oppose the motion to dismiss the third amended complaint to **May 31, 2021**. **If plaintiff fails to oppose the motion by May 31, 2021, the motion will be considered fully submitted and unopposed**.

       If plaintiff opposes the motion, defendant's reply, if any, shall be due June 7, 2021.

       Chambers will mail a copy of this Order to plaintiff at the address listed on the docket. Plaintiff is reminded to notify the Court in writing if his address changes, and the Court may dismiss the action if plaintiff fails to do so.

       The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Dated: May 3, 2021
      White Plains, NY

                SO ORDERED:

                Vincent L. Briccetti
                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/3/21