# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

VASHAWN VALENTINE,

                Plaintiff                                19 **CIVIL** 2526 (VB)

        -against-                                   **JUDGMENT**

POLICE OFFICER NICHOLAS ZUZULO,

                Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 9, 2021, the motion dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York
           December 10, 2021

                                                                  **RUBY J. KRAJICK**
                                                                   **Clerk of Court**

                                             BY:
                                                                  **Deputy Clerk**